**\*\* E-filed February 24, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN L. SUSOTT,<br><br>　　　　Plaintiff,<br>　v.<br><br>DANIEL SUSOTT,<br><br>　　　　Defendant.<br>_____/ | No. C12-00581<br><br>**ORDER RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| IN RE THE MATTERS OF THE IRREVOCABLE LIFE INSURANCE TRUST OF JOHN L. SUSOTT AND KATHRYN C. SUSOTT UAD 8/17/1988 AS RESTATED, EXEMPT TRUST FBO DANIEL SUSOTT<br>_____/ | No. C12-00597 |

　　　　The parties are reminded that these related civil cases have been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than March 26, 2012**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

　　　　**IT IS SO ORDERED.**

Dated: February 23, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00581 HRL, C12-00597 HRL Notice will be electronically mailed to:**

Thomas Vogele           tvogele@giminovogele.com
John Preston             johnpreston41647@gmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**